# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SHAWN COLLETT**  **PLAINTIFF**
**ADC #656532**

v.  No. 3:23-cv-228-DPM

**BRADLEY,**
**Corporal, Grimes Unit**  **DEFENDANT**

## ORDER

Unopposed recommendation, *Doc. 5*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). This case will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 December 2023