# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SHAWN COLLETT**  **PLAINTIFF**
**ADC #656532**

v.  No. 3:23-cv-228-DPM

**BRADLEY,**
**Corporal, Grimes Unit**  **DEFENDANT**

## JUDGMENT

Collett's complaint as supplemented is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 December 2023